NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER A. BENTON-EL,**
*Petitioner,*

v.

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2011-3117

---

Petition for review of the Merit Systems Protection Board in case no. AT0752090709-I-2.

---

## ON MOTION

---

## ORDER

Christopher A. Benton-El moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 0 2 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Christopher A. Benton-El
     Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

`MAY 02 2011

**JAN HORBALY**
**CLERK**